Hon. John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAI CHI DANG,<br><br>    Defendant. | No. CR 05 – 393 JCC<br><br>ORDER GRANTING DEFENDANT TAI CHI DANG'S MOTION TO CONTINUE TRIAL |

The Court, having reviewed Defendant Tai Chi Dang's Motion to Continue Trial, and the government's response to the motion, finds that, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1    IT IS THEREFORE ORDERED that the present trial date of August 14, 2006 is
continued to Monday, November 13, 2006.

IT IS FURTHER ORDERED that the period of delay from the filing of defendant's motion until Monday, November 13, 2006 is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

ORDERED this 11th day of August, 2006.

*(signature)*

Hon. John C. Coughenour
U.S. District Court Judge

1 | Presented by:

2 | LAW OFFICES OF STEPHAN R. ILLA

3

4

5 | Stephan R. Illa
    WSBA No. 15793
    Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEF. DANG'S MOTION TO CONTINUE TRIAL - 3    LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142