UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-393-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| TAI CHI DANG, | ) | ALLEGED VIOLATIONS |
| | ) | OF PRETRIAL RELEASE |
| Defendant. | ) | |
| _____ | ) | |

The Pretrial Services Office and the United States have presented information indicating that defendant has violated the conditions of release. Specifically, his Pretrial Services officer believes that he has violated the following condition of supervision:

1.  The defendant has violated the special bond condition he maintain residence and not change residence without prior approval of Pretrial Services by changing his residence without prior approval from Pretrial Services.

2.  The defendant has violated the special bond condition he maintain employment, or if unemployed, actively seek employment as directed by Pretrial Services by being unemployed.

3.  The defendant has violated the Pretrial Services supervision condition he report to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF PRETRIAL RELEASE
PAGE 1

Pretrial Services monthly, in person, or as otherwise directed by the officer by failing to report to Pretrial Services during October, 2006.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

The court therefore FINDS:

1. By clear and convincing evidence, that defendant has violated the conditions of pretrial release by changing his residence without prior approval from Pretrial Services.

2. By clear and convincing evidence, that defendant has violated the conditions of pretrial release by failing to actively seek employment.

3. By clear and convincing evidence, that defendant has violated the conditions of pretrial release by failing to report to Pretrial Services during October, 2006.

The next hearing will be set before Judge Donohue to address the disposition of the violations. Pending the hearing, the defendant will be detained.

DATED this 7th day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge